STEPHANIE YONEKURA
Acting United States Attorney
LEON W.  WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JENNIFER LEE TARN (SBN 240609)
Special Assistant United States Attorney
     Social Security Administration
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 977-8825
     Facsimile: (415) 744-0134
     Email: Jennifer.Tarn@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL L. RICHARDSON, | )  No. 2:14-cv-8902 JC |
| | ) |
|     Plaintiff, | )  **JUDGMENT OF REMAND** |
| | ) |
|        v. | ) |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Commissioner of Social Security, | ) |
| | ) |
|     Defendant. | ) |
| _____ | ) |

     The Court having approved the parties' Stipulation to Voluntary Remand

Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment

("Stipulation to Remand") lodged concurrent with the lodging of the within

Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**

**DECREED** that the above-captioned action is remanded to the Commissioner of

Social Security for further proceedings consistent with the Stipulation to Remand..

DATED:    May 11, 2015        _____/s/_____

                                  Honorable Jacqueline Chooljian
                                  United States Magistrate Judge