```
 1  EILEEN M. DECKER
    United States Attorney
 2  LEON W. WEIDMAN
 3  Assistant United States Attorney
    Chief, Civil Division
 4  JENNIFER LEE TARN (SBN 240609)
 5  Special Assistant United States Attorney
 6       Social Security Administration
         160 Spear Street, Suite 800
 7       San Francisco, California 94105
 8       Telephone: (415) 977-8825
         Email: Jennifer.Tarn@ssa.gov
 9  Attorneys for Defendant
10
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| DARRELL L. RICHARDSON, | ) No. 2:14-cv-8902 DOC(JC) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES, PURSUANT TO 28 U.S.C. § 2412(d)** |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) |
| Defendant. | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $4,700.00 as authorized by 28 U.S.C. § 2412, and $0.00 (zero) costs, pursuant to 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATED:   August 10, 2015           /s/
                                    HON. Jacqueline Chooljian
                                    UNITED STATES MAGISTRATE JUDGE